EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Julio C. López Guzmán | 2017 TSPR 177

198 DPR ____ |

Número del Caso: TS-12,967

Fecha:   12 de septiembre de 2017

Oficina de Inspección de Notarías:

Lcdo. Manuel E. Ávila de Jesús
Director

Abogado del promovido:

Lcdo. Carlos S. Dávila Vélez

Materia:  Conducta Profesional – La suspensión de la notaría será efectiva el 7 de diciembre de 2017, fecha en que se le notificó al abogado por correo electrónico de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Julio C. López Guzmán                    TS-12,967

RESOLUCIÓN

San Juan, Puerto Rico, a 12 de septiembre de 2017.

El 6 de septiembre de 2016 la Oficina de Inspección de Notarías (ODIN), por conducto de su Director, el Lcdo. Manuel E. Ávila De Jesús, presentó un *Informe sobre incumplimiento en la corrección de deficiencias notificadas* en el que indicó que el Lcdo. Julio C. López Guzmán no ha atendido los señalamientos de las deficiencias en su obra protocolar esbozadas en los múltiples informes presentados por la ODIN, en particular la subsistencia de una deficiencia arancelaria ascendente a $4,038.

El 16 de diciembre de 2016 emitimos una Resolución mediante la cual le concedimos un término de 120 días para que cumpliera con la subsanación de su obra notarial y pagara lo adeudado. El licenciado López Guzmán presentó el 19 de abril de 2017 una *Moción solicitando término final* en la que expuso que, a pesar de todos los esfuerzos realizados, no había podido satisfacer la deuda arancelaria notificada por la ODIN dentro del término otorgado por este Tribunal. Además, reconoció que se le habían brindado términos para corregir las deficiencias de su obra notarial, no obstante, sostuvo que no había podido cumplir por

su situación económica y emocional, por lo cual pidió una última oportunidad para ello. Específicamente, nos solicitó que se le concediera un término final de 120 días para subsanar las deficiencias señaladas por la ODIN y proceder con el trámite de la cesación de la notaría.

Así las cosas, el 26 de mayo de 2017 le concedimos un término final de 60 días para cumplir con la Resolución emitida el 16 de diciembre de 2016 y le indicamos que el incumplimiento con este término final podría conllevar sanciones.

Sin embargo, el licenciado López Guzmán, representado por el Procurador del Abogado(a) del Colegio de Abogados de Puerto Rico, Lcdo. Carlos S. Dávila Vélez, presentó dos Mociones Informativas el 15 y 18 de agosto de 2017. En estas mociones nos informa que el 17 de agosto de 2017 le entregó a la Inspectora de Protocolos, Lcda. Teresa Trujillo Ortiz, $714 en sellos de rentas internas, de impuesto notarial y de la Sociedad para Asistencia Legal para subsanar la deuda arancelaria correspondiente a los Protocolos del 2008, 2009, 2010 y 2011. A su vez, nos solicita una prórroga de 120 días para pagar la deuda arancelaria pendiente y cumplir con las Resoluciones del 16 de diciembre de 2016 y 26 de mayo de 2017 y proceder con la cesación de la notaría.

En vista de lo anterior, **se suspende inmediata e indefinidamente al licenciado López Guzmán del ejercicio de la notaría.** Se le ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial del licenciado López Guzmán y entregarlos al Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe. Consecuentemente, la fianza notarial queda automáticamente cancelada. La fianza se considerará buena y válida por tres años después de su terminación en cuanto a los actos realizados por el licenciado López Guzmán durante el periodo en que la fianza estuvo vigente.

Además, **se le ordena al licenciado López Guzmán que en un término de sesenta (60) días**, contado a partir de la notificación de esta Resolución, muestre causa por la cual no deba ser suspendido indefinidamente del ejercicio de la abogacía por haber incumplido con nuestras órdenes.

Notifíquese personalmente esta Resolución a través de la Oficina del Alguacil de este Tribunal.

Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron.


                              Sonnya Isabel Ramos Zeno
                    Secretaria del Tribunal Supremo, Interina